**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Joe HORNE, Defendant–
Appellant.**

No. 09–15011
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 18, 2010.

William Edward Folsom, Law Office of William E. Folsom, PA, Jacksonville, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

William E. Folsom, appointed counsel for William Horne in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Horne's conviction and sentence are **AFFIRMED.**